UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sha-Heed Rahman

_____
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

ceft. Balanos #1903, officer Asenceao #7879
capt. Rutherford
Assistent warden Chestnut

_____
Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Sha-Heed _____       Rahman _____

First Name          Middle Initial       Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

1412204213       NYSID # 02770160P

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

OBCC Rikers Island

Current Place of Detention

1600 Hazen Street

Institutional Address

East Elmhurst       N.Y       11370

County, City          State       Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    _Cap. Balanos_____1903_____
           First Name        Last Name        Shield #

_____captain_____
Current Job Title (or other identifying information)

_1600 Hazen Street_____
Current Work Address

_East Elmhurst_____NY_____11370___
County, City           State        Zip Code

Defendant 2:    _____Rutherford_____
           First Name        Last Name        Shield #

_____captain_____
Current Job Title (or other identifying information)

_1600 Hazen Street_____
Current Work Address

_East Elmhurst_____NY_____11370___
County, City           State        Zip Code

Defendant 3:    _____Asenceou_____17879___
           First Name        Last Name        Shield #

_____officer_____
Current Job Title (or other identifying information)

_1600 Hazen Street_____
Current Work Address

_East Elmhurst_____NY_____11370___
County, City           State       Zip Code

Defendant 4:    _____
           First Name        Last Name        Shield #

_____Chestnut_____
Current Job Title (or other identifying information)

_Assistant werden_____
Current Work Address

_East Elmhurst_____NY_____11370___
County, City           State       Zip Code

## V.     STATEMENT OF CLAIM

Place(s) of occurrence:     Dorm 3 upper

Date(s) of occurrence:     August 15, 2023

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

on 8/15/23 while in Dorm 3upper I requested medical attention. I was even on the sick-call list. sick cell was not called during the 7-3 shift. I informed the A officer that day who stated I must speak with the captain. when captain Balanos #1903 and officer Abenceron #17879 made their rounds celt Balanos #1903 told me not to speak with her or officer Abenceron #17879 and that I would have to to sick call. I was having breathing problems and both these officers denied me medical attention.

on 8/20/23 an incident happened in the mess hell were pepper spray was spayed in the mess-hell I told captain Rutherford I can't breath and require medical Attention but was denied.

on 8/30/23 my eyeglasses were broken during a search filed complaint EC 00685608

Facts continuation.

I filed an complaint with 311 because
the facility Grievance Program is not
following policy and responding to
Grievances within 10 business days.
A 311 complaint EC 00 68 11082. Assistant
warden chestnut was Informed about
officers deploying the feces spray. he
stated that when the spray is deployed
it does not contaminate food nor
does it bothers people with covid.
I even cought covid-19 and gotten no
medical attention

This facility fails to address medical or follow policy when spraying that peper spray around people with breathing problems. The spray that was used is oleo oresin calsicum. I take Albuterol sulfate HFA Inhalation Aerosol 90 mcg per actuation I also take Breo Ellipta fluticasone furoate 100 mcg and vilanterol 25 mcg inhabition powder

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was denied medical attention on 9/15/23 by captain Bolanos 1903 and officer Asenceou 17579 because I could not breath capt Rutherford denied me medical attention and I could not breath. never got medical attention. and stoff broke my glasses

**VI.    RELIEF**

State briefly what money damages or other relief you want the court to order.

I am suing for one million dollars in damages and two million for pain and suffering

continuation on Injuries.

It has been the policy and custom of the medical staff at OBCC not to call sick-cell. The officers are stating that the clinic is too small for the volume of Inmates. I take meloxicam which is given every 4 days. After 4 days I must be seen by a doctor to get a refill. But If I can't get to the clinic to get a refill I must stay in pain and officers are not even taking your concerns to medical staff. It's officers who are picking who should be seen by medical.

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Sept 6, 2023 | _signature_ |
| Dated | Plaintiff's Signature |
| She-Herd | Rahman |
| First Name            Middle Initial | Last Name |
| 1600 Hazen Street | |
| Prison Address | |
| East Elmhurst            NY            11370 | |
| County, City            State            Zip Code | |

Date on which I am delivering this complaint to prison authorities for mailing:  9/6/2023

Kimberly price who Passed away sent
me money up until she Passed away
and Ardell long Temple sent me
money to buy food

ATTACHMENT - B



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ret.: Dir. 3576R-A

| Inmate's Name: She-Heed Rehmon | Book & Case #: 1412204213 | NYSID #: |
|---|---|---|

| Facility: OBCC | Housing Area: 3 upper | Date of Incident: 8/17/ | Date Submitted: 8/16/23 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I am filing this complaint because on July 24, 2018 I was housed in c-95 on that day they The 3BY search Team came and packed up housing area 3 upper. They Took us To Intake and placed us on a bus. we sat on the bus for 3 1/2 hours. at OBCC. This search Team Took all our pants and shirt. we did not eat no lunch or dinner on July 24, 2023 from July 24, 2023

**Action Requested by Inmate:** See Attached

### Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☑ | ☐ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

| Inmate's Signature: | Date of Signature: |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

11

To July 27,2023 lunch was served
at 4pm cold chicken meatboaf Rice
from July 24,2023 to July 27, 2023
Dinner was at 9pm cold Breakfast
from July 24,2023 to July 27,2023
was served cold oatmeal, grits
eggs. on July 24,2023 while sitting
on the bus I was denied medical
attention. I suffer from several
medical conditions I suffer from
spine damage, PTSD, Depression,
anxiety and Panic attacks. Yet I
was not allowed any medical attention
from July 24, 2023 to August 15,2023
sick-cell is not being conducted.
If you request emergency medical
attention your denied. on ~~July 16,2023~~
August 16,2023 The request was
denied. on August 15,2023 I filed
to complaints with 311 at
EC00678407  EC00678411
on 8/8/23 a money order was
signed for Receipt# 079002 Today #
is 8/16/23 money order no# 28882978673
Docs Rule is five Business days
I am told by the officer
they did not know OBCC
was open But Docs staff

continue to violate all Rules
from August 12, 2023 to August 14, 2023
Their was no Hot water in the
whole jail, we were forced to
Take cold showers, for four day's

Action Requested: To have all Issues
in the body of the grievance addressed.
1. sitting on the bus for 3 1/2 hours
no medical attention
2. cold food from July 24, 2023 to
July 27, 2023
3. Being forced to wear the same pants
from July 24, 2023 to August 4, 2023
4. Being denied sick cell
5. To have Grievences responded
To within 10 days
6. To have funds deposited in
account in a timely fashion

11

Sha Heed Rahman 1412704213
03cc 3ullers

8/15/2023

Grievance

on the above date the A officer informed
me that i must speak with the copt
about getting to medical once t ue
copt. Bolanos #1903 arrived on the
dorm of 3ullers officer Asencion 1789
told me I am not allowed to speak
with the copt. I asked copt. Bolanos
con she help me get medical attention
she said don't speak to her. I told
copt Bolanos I was having a penic
Attack and could not breath so she
gave me a direct order to sit on my
bed and I was denied medical
Attention by officer Asencion and
copt Bolanos

Action Requested! To have both these
officer sent for training. But to
have them call medical if a person
needs medical Attention.

Shateed Rehman 1412204213

8/17/2023

Grievance

I have filed several Grievances
and have not gotten any response
I understand that a Response
should be given within Ten day's
but it's been beyond Ten day's

Action Requested:
   To have copies of all Grievances
and Responses

Sha-Heed Rahman 141 2604213
OBCC Rikers Island
1600 Hazen Street
East Elmhurst, N.Y. 11370

July 29, 2023

Hon. Laura Taylor Swain
        I am writing this letter in the
hopes that you will be able to have
the federal moniters come to this
facility and speak with us. I was
originally being housed in C-95
Amkc but the powers to be decided
to close that facility and send all
of us to OBCC. once they moved
us to this facility we have not
been given minimum standards at
all. Rikers Island officials kept
us on a bus on July 24, 2023 for
over 3½ hours cuffed on a hot
bus. no lunch or dinner was given.
dinner come at 10pm July 24, 2023.
They took all the pants you wear
and from July 24, 2023 to the
writing of this letter we ~~were~~
are forced to wear pants that
we left in. Breakfast lunch and

14

Dinner has not been served on time at all. Lunch has been served at 4pm from July 24, 2023 to July 27, 2023 Dinner was served from July 24, 2023 to July 27, 2023 8pm all the food has been served cold. chicken meat loaf fish all served cold lunch that is cold oatmeal grits all being served cold. no hot water for tea or coffee. You can't see medical. The only way you see medical is to lie and request emergency sick-cell. Today on July 28, 2023 medication has not been given at all. I am 55 years old with several different medical conditions that are not being address. I am positive if you order the federal monitor to come and speak with us you would rush and have them close this facility the water is rusty the food leaks The dorm is infested with ants The SRT officers

Took our Personal Property
and never gave us Recipts for
the Items they have taken.
They threw away items
that was brought from
commissory, we have not
been allowed to see our
family on visits, we have
not been given Rezors to
shave with It is my
hope that ~~that~~ you will
order the Federal monitor
to come and speak with
us not an employee of
Docs please we don't
want them to Retaliate
against us. These conditions
I have Post Trumatic stress
Disorder PTSD and Docs
is not addressing my condition
at all nor my medical concerns
I have not eaten and of the
food Docs serves in five
days please help us.

Thank You
Very Much

11

To July 27,2023 Lunch was served
at 4pm cold chicken meatloaf Rice
from July 24,2023 to July 27, 2023
Dinner was at 9pm cold Breakfast
from July 24,2023 to July 27, 2023
was served cold. oatmeal, grits
eggs. on July 24,2023 while sitting
on the bus I was denied medical
attention. I suffer from several
medical conditions I suffer from
spine damage, PTSD, Depression,
anxiety and Panic attacks. Yet I
was not allowed any medical attention
from July 24, 2023 to August 18,2023
Sick-cell is not being conducted.
If you request emergency medical
attention your denied. on ~~July 19,2023~~
August 16,2023 I het I requested was
denied. on August 15, 2023 I filed
to complaints with 311 at
EC00678407  EC00678411
on 8/8/23 a money order was #
signed for Receipt# 079002 Today
is 8/16/23 money order no# 28882978673
Docs Rule is Five Business Days
I am Told by the officer
They did not know @Bcc
was Glen But Docs Staff

continue to violate all Rules
from August 11, 2023 to August 14, 2023
Their was no Hot water in the
whole Jail. we were forced to
Take cold showers. for four day's

Action Requested: To have all Issues
In the body of the grievance addressed.
1. sitting on the bus for 3 1/2 hours
no medical attention
2. cold food from July 24, 2023 to
July 27, 2023
3. Being forced to wear the same pants
from July 24, 2023 to August 4, 2023
4. Being denied sick cell
5. To have Grievences Responded
To within 10 days
6. To have Funds deposited in
account in a timely fashion

ATTACHMENT - B

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A.

| Inmate's Name: Shaheed Rahman | Book & Case #: 14/2206213 | NYSID #: |
|---|---|---|

| Facility: BBCC | Housing Area: 3 upper | Date of Incident: 8/13 | Date Submitted: 8/16/23 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** This has been no sick call In this facility. Also they took our pants upon leaving c-95

**Action Requested by Inmate:** To be given pans and have sick-cell runs

### Please read below and check the correct box:

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☑ | No ☐ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☐ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☐ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: | Date of Signature: 8/16/23 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # 686543 | Category: medical |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT - C



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

## DISPOSITION FORM

Form.: 7102R
Eff.: 8/23/19
Ref.: Dir. 3376R-A

| Grievance Reference #:<br>**686543** | Date Filed:<br>**08/18/2023** | Facility:<br>**OBCC –**Upper |
|---|---|---|
| Inmate Name:<br>**Rahman, Sha-heed** | Book and Case#:<br>1412204213 | Category:<br>**Medical** |

From OCGS Inmate Statement Form, print or type short description of grievance:

There has been no sick call in this facility also they took our pants when leaving c-95

Action Requested by Inmate:

**Medical care**

### STEP 1: FORMAL RESOLUTION

Check one box:  ■ Grievance    ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

**OCGS informed Mr. Rahman that; as per NYCH&H Correctional Health Services this matter has been forwarded to Patient Relations for review and handling. In addition, this matter has been forwarded to the OBCC Medical Team. Clothes box has been alerted regarding adequate clothing and the housing area will be afforded clothes box services.**

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.*

| Inmate's Signature: | Date:<br>9 - 6 - 23 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature:<br>*Ms. Weekes* | Date:<br>8/21/2023 |
|---|---|

ATTACHMENT - B

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A



| Inmate's Name: She-Heed Rahman | Book & Case #: 1412204213 | NYSID #: |
|---|---|---|

| Facility: OBCC | Housing Area: 3 upper | Date of Incident: 8/17 | Date Submitted: 8/16/23 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I am filing this complaint because on July 24, 2018 i was house in C-95 on that day they The SRT search Team came and packed up housing area 3 upper. They Took us To intake and placed us on a bus. we sat on the bus for 3 1/2 hours at OBCC. This search Team Took all our haits and shirt. we did not eat no lunch or dinner on July 24, 2023 from July 24, 2023

**Action Requested by Inmate:** see Attached

### Please read below and check the correct box:

Do you agree to have your statement edited for clarification by OCGS staff?     Yes ☐     No ☐

Do you need the OCGS staff to write the grievance for you?     Yes ☐     No ☑

Have you filed this grievance with a court or other agency?     Yes ☐     No ☑

Did you require the assistance of an interpreter?     Yes ☐     No ☑

| Inmate's Signature: | Date of Signature: |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
|  | Office of Constituent and Grievances Services Coordinator/Officer Signature: |  |

ATTACHMENT - B



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

### OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM



| Form: 7101R |
| --- |
| Eff.: 2/26/20 |
| Ref.: Dir. 3376R- |

The Office of Constituent and Grievance Services (OCGS) at the NYC Department of Correction is available to resolve your individual complaints or concerns about specific matters involving incarceration.

You may first seek to resolve the issue or condition by speaking to the involved staff or your housing area officer.

- A grievance is a written or electronic (311) submission by an inmate in the Department's custody about an issue or condition relating to the inmate's confinement. Before you seek relief from an external entity, like the courts or another agency, you should file a grievance with this office.

- You have the right to file a grievance. If you believe Department staff is retaliating against you because of a grievance you submitted, you can file a staff complaint through the grievance process. There must be some connection between the previous grievance you filed and the staff complaint to claim retaliation. Retaliation is any action or threat of action against an incarcerated individual who participates in the grievance process. Retaliation by Departmental staff against anyone for participating in the grievance process is strictly prohibited. Behaviors that may be considered retaliatory include, but are not limited to: threats, reprimands, harassment, or denial of certain privileges.

- Inmates are only allowed to file one complaint for each grievance either written on this form or calling 311.

- Inmates shall not file repetitive grievances on this form or call 311, where the time frame to investigate said grievance has not expired. This will be considered misuse. All grievances have a seven day investigation timeframe.

*All grievance forms must be signed. Failure to sign form will be deemed invalid.*

## THE SUBMISSION AND APPEALS PROCESSES

**1.SUBMISSION**
Submit this form (Statement form) to the OCGS office, OCGS staff, or drop it in a grievance box. Your grievance form will be returned to you if the complaint is outside of OCGS jurisdiction such as complaints in regards to disciplinary process; if the grievance contains multiple issues; or if the grievance form is not signed. Please speak with the grievance staff in your facility for additional information.

**2.FORMAL RESOLUTION**
You will receive a proposed resolution within seven (7) business days after the OCGS receives the form. If you disagree with the proposed resolution, you will have two business days to request an appeal to the facility Commanding Officer.

**3.COMMANDING OFFICER'S REVIEW**
The OCGS staff will forward your appeal to the commanding officer within one business day of receiving it. Within five (5) business days of receiving the appeal, the commanding officer will render a written disposition; you will have two (2) business days to appeal to the Division Chief.

**4.APPEAL TO THE DIVISION CHIEF**
The OCGS staff will forward your appeal to the Division Chief within one business day of receiving it. Within five (5) business days of receiving the appeal, the Division Chief will render a written disposition.

**5.CENTRAL OFFICE REVIEW COMMITTEE**
If you disagree with the Division Chief's disposition, you will have two (2) business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within fifteen business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

### GRIEVANCE CATERGORIES

1. CLASSIFICATION/SRG STATUS
2. CLOTHING
3. COMMISSARY
4. CORRESPONDENCE / MAIL
5. EMPLOYMENT
6. ENVIRONMENTAL
7. FOOD
8. INMATE ACCOUNT
9. JAIL TIME
10. LAUNDRY
11. LAW LIBRARY
12. MEDICAL/ACCESS TO SICK CALL
13. MENTAL HEALTH
14. PERSONAL HYGIENE
15. PHONE
16. PROGRAMS
17. PROPERTY
18. RECREATION
19. RELIGION
20. RULES AND REGULATIONS
21. SCHOOL
22. SEARCH
23. SOCIAL SERVICES
24. TRANSPORTATION
25. VISIT
26. OTHER

### CATERGORIES NOT SUBJECT TO THE GRIEVANCE PROCESS

1. ASSAULT ALLEGATION
2. SEXUAL ABUSE/SEXUAL HARASSMENT (PREA)
3. HARASSMENT ALLEGATION
4. STAFF COMPLAINT
5. INMATE ALTERCATION
6. INMATE ON INMATE SEXUAL ABUSE/SEXUAL HARASSMENT ALLEGATION (PREA)
7. INMATE-ON-INMATE VERBAL HARASSMENT ALLEGATION
8. STATUS AS AN INTENDED CONTRABAND RECIPIENT, ENHANCED RESTRAINT STATUS, RED ID OR CMC)
9. MEDICAL STAFF / MENTAL HEALTH STAFF
10. REQUEST FOR PROTECTIVE CUSTODY
11. REQUEST FOR ACCOMMODATION DUE TO DISABILITY
12. FREEDOM OF INFORMATION LAW REQUEST
13. HOUSING
14. INMATE GRIEVANCE
15. OTHER



Haleed Rahman # 1412204213
c/c Rikers Island
9 Hazen Street
East Elmhurst, N.Y. 11370

USMp3
SDNY

Retail

U.S. POSTAGE PAID
FCM LG ENV
LONG ISLAND CITY
NY 11105
SEP 11, 2023
$16.21
R2304M113688-96

RDC 99

R2304M113688-96

RECEIVED
SEP 13 2023
CLERK'S OFFICE
S.D.N.Y.

9589 0710 5270 0863 5948 42

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 0863 5948 42

United States District Court
Southern District of New York
The Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, N.Y. 10007-1312

Pro Se
RJ

RECEIVED
SEP 13 2023
CLERK'S OFFICE
S.D.N.Y.

2023 SEP 14 PM 4:23
SDNY PRO SE OFFICE
RECEIVED