UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHA-HEED RAHMAN,

                Plaintiff,

    -against-

CAPT. BALANOS #1903; OFFICER ASENCEAU #17879; CAPT. RUTHERFORD; ASSISTANT WARDEN CHESTNUT,

                Defendants.

23-CV-8168 (VSB)

ORDER OF SERVICE

---

VERNON S. BRODERICK, United States District Judge:

    The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Captain Balanos, Shield No. 1903; Officer Asenceau, Shield No. 17879; Captain Rutherford; and Assistant Warden Chestnut waive service of summons.

SO ORDERED.

Dated:    April 29, 2024
             New York, New York

*(signature)*
VERNON S. BRODERICK
United States District Judge