UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sha-Heed Rahman,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>Capt. Balanos, et al.,<br><br>　　　　　　Defendants. | 23CV08168 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　　Served Defendants have until December 31, 2024 to respond to the Amended Complaint. Plaintiff shall have until February 28, 2025 to respond to the anticipated motion to dismiss the Amended Complaint. Served Defendants shall have until March 15, 2025 to file a reply, if any, in further support of the anticipated motion to dismiss the Amended Complaint. Counsel for the Served Defendants shall update the Court by December 31, 2024 on the progress identifying any Unserved Defendants. If counsel identifies any Unserved Defendants, counsel shall inform Plaintiff of the name(s) and indicate whether counsel will be representing the newly identified Defendants. Plaintiff shall have until January 15, 2025 to further amend the Amended Complaint to add any newly identified Defendants. Any newly identified Defendants added to a Second Amended Complaint shall have two weeks from being served to indicate, by filing a letter with the Court, whether (1) they wish to join the anticipated motion to dismiss and its briefing by the Served Defendants, without making any additional filings; (2) they wish to join the anticipated motion to dismiss and its briefing and also wish to make a supplemental filing in support of that motion; or (3) they wish to file their own response to the operative complaint. If

the newly identified Defendants elect the second or third option, they shall have three weeks from making their election to make their supplemental filing in support of the anticipated motion to dismiss or to file their own response to the operative complaint.

DATED: November 26, 2024  
         New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge