UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHA-HEED RAHMAN,<br><br>       Plaintiff,<br><br>   -against-<br><br>CAPT. BALANOS, et al.,<br><br>       Defendants. | 23-CV-8168 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOSKY, United States Magistrate Judge:**

  On December 31, 2024, Defendants submitted a status update regarding its efforts to identify unserved defendants. (ECF 34). In their letter Defendants identify some, but not all unserved defendants. (*See id.*)

  Accordingly, the New York City Law Department shall submit another update by February 5, 2025, apprising the Court of the status of identifying unnamed defendants and whether the New York City Law Department will be representing recently identified defendants.

  Defendants shall file a motion to stay discovery if any, **by January 21, 2025**, otherwise I will issue an Order scheduling the initial case management conference.

DATED: January 6, 2025
    New York, New York

                       SO ORDERED.

                       **ROBYN F. TARNOFSKY**
                       United States Magistrate Judge