UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHA-HEED RAHMAN,<br><br>                         Plaintiff,<br><br>          -against-<br><br>CAPT. BALANOS, et al.,<br><br>                        Defendants. | 23-CV-8168 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOSKY, United States Magistrate Judge:**

On January 9, 2025, Defendants filed a motion to stay discovery. (ECF 37.)

Accordingly, no later than **January 31, 2025** Plaintiff may file on the docket his opposition, if any, to the Defendants' letter motion to stay by explaining why the information exchange between the parties should begin before the Court decides the anticipated motion to dismiss.

DATED: January 14, 2025
          New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge