UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHA-HEED RAHMAN,

                Plaintiff,

    -against-

CAPT. BALANOS, ET AL.,

                Defendants.

23-CV-8168 (VSB) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 9, 2025, Defendants filed a letter motion to stay discovery. (ECF 37.) Plaintiff's opposition, if any, to Defendants' motion to stay discovery was due no later than January 31, 2025. (ECF 38.) To date, Plaintiff has not opposed Defendants' motion.

This action is scheduled for a telephonic status conference on February 13, 2025, at 11am to address Defendants' motion to stay discovery. Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 946 176 467 #.**

DATED: February 5, 2025
          New York, New York

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge