UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHA-HEED RAHMAN,

                          Plaintiff,

      -against-

CAPT. BALANOS, et al.,

                        Defendants.

23-CV-8168 (VSB) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 5, 2025, I scheduled a telephonic status conference on February 13, 2025, to address Defendants' motion to stay discovery.

On February 10, 2025, Defendants filed a letter motion to adjourn the conference.

Defendants' letter motion is **GRANTED**, and the conference is scheduled for February 21, 2025, at 11:00 AM. Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 946 176 467 #**.

DATED: February 10, 2025
           New York, New York

SO ORDERED.

/s/ Robyn F. Tarnofsky

**ROBYN F. TARNOFSKY**
United States Magistrate Judge