UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHA-HEED RAHMAN,<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br>CAPT. BALANOS, et al.,<br><br>　　　　　　　　Defendants. | 23cv08168 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　As discussed at the conference earlier today, if Defendants wish to withdraw their motion to dismiss without prejudice, they shall do so by **February 25, 2025.** Defendants shall provide to Plaintiff his medical records and service addresses of the two recently identified Doe Defendants as soon as possible, but in no event later than **March 5, 2025.** A status conference will be held telephonically on **March 10, 2025 at 12:00 PM.** Please dial (646) 453-4442, Access Code: 941 900 055#.

　　At the conference, Plaintiff shall advise the Court whether he wishes to file an amended complaint with changes beyond simply naming the newly identified Doe Defendants; if so, the Court will set a schedule for the filing of an amended complaint and an anticipated motion to dismiss that complaint by Defendants. If Plaintiff does not wish to file an amended complaint with changes beyond simply naming the newly identified Doe Defendants, the Court will set a schedule for Defendants to renew their motion to dismiss the current complaint.

DATED:　February 21, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge