

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JEFFREY S. DANTOWITZ**
phone: (212) 356-0876
jdantowi@law.nyc.gov
(not for service)

February 24, 2025

**VIA ECF**
Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Rahman v. Balanos, *et al*.,
                No. 23-cv-8168 (VSB)(RFT)

Dear Judge Tarnofsky:

      This office represents Defendants in this matter. Pursuant to the Court's Order of February 21, 2025 (ECF No. 43), I write to advise that Defendants withdraw their motion to dismiss the Amended Complaint without prejudice, pending Plaintiff's potential filing of a further amended pleading.

      Thank you for your consideration of the foregoing.

      Respectfully,

      /s/ Jeffrey S. Dantowitz

      Jeffrey S. Dantowitz
      Assistant Corporation Counsel

cc: Sha-Heed Rahman
    781 East 135th Street
    Bronx, NY 10454

---

The Clerk of Court is respectfully requested to terminate ECF 31.

Dated: February 24, 2025
      New York, NY

SO ORDERED

*/s/ Robyn F. Tarnofsky*

**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**