UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHA-HEED RAHMAN,<br><br>                              Plaintiff,<br><br>            -against-<br><br>CAPT. BALANOS, et al.,<br><br>                              Defendants. | 23-CV-8168 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **March 28, 2025, at 11:00 AM**, at which Plaintiff shall advise the Court on whether he intends to amend the complaint to include additional claims based on his medical records as well as to name the individual defendants.

Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 375 966 330 #.**

DATED: March 10, 2025
            New York, New York

SO ORDERED.

ROBYN F. TARNOFSKY
United States Magistrate Judge