UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHA-HEED RAHMAN,<br><br>                      Plaintiff,<br><br>  -against-<br>CAPT. BALANOS, et al.,<br><br>                      Defendant. | 23cv08168 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Defendants consent to Plaintiff's filing of a second amended complaint ("SAC") without prejudice to moving to dismiss. Plaintiff's SAC is due by **May 30, 2025.** Defendants' anticipated motion to dismiss is due by **June 27, 2025**; Plaintiff's opposition to the motion to dismiss is due by **July 31, 2025**; and Defendants' reply is due by **August 15, 2025.** By **May 30, 2025**, Plaintiff shall file a letter on the docket indicating whether there are any individuals who provided medical treatment to him who are not identified by name in the SAC because their names do not appear in the medical records provided by Defendants; such letter shall include when those individuals treated Plaintiff as well as a description of each such individual. Defendants' motion to stay discovery (ECF 37) is **GRANTED**, without prejudice to Plaintiff's filing a letter-motion to lift the stay on or after **August 15, 2025.**

      The Clerk of Court is respectfully requested to terminate ECF 37.

DATED:  March 28, 2025　　　　　　　　　　　　SO ORDERED.
              New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge