UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHA-HEED RAHMAN,

                Plaintiff,

  -against-

BALANOS, et al.,

                Defendants.

23-CV-8168 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       On May 28, 2025, Plaintiff Sha-Heed Rahman filed the Second Amended Complaint ("SAC"). (ECF 50.) On September 12, 2025, Defendants filed a motion to dismiss the SAC. (ECF 57, Mot. To Dismiss.) On September 16, 2025, Judge Vernon S. Broderick amended the order of reference in this action and referred this matter to me to issue a report and recommendation on Defendants' motion to dismiss. (ECF 61, Am. Order of Ref.)

       Plaintiff's deadline to file an opposition to the motion to dismiss is **November 14, 2025**. Defendants' deadline to file a reply, if any, in further support of their motion to dismiss is **December 5, 2025**.

DATED: September 17, 2025
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge