UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHA-HEED RAHMAN,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF CORRECTION, CAPTAIN SUSANNA BOLANOS, et. al.,

Defendants.

23cv08168 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Clerk of Court is respectfully requested to make the following corrections to the parties listed on the docket:

- Correct the spelling of Defendant "Susanna Balanos" to "Susanna Bolanos" (*See* ECF 13, Defs.' May 22, 2024 Waiver of Serv.);
- Terminate Defendant "Assistant Warden Chestnut" (duplicative of Defendant Solomon Chester) (*See* ECF 17, Defs.' July 12, 2024 Waiver of Serv.);
- Correct the spelling of Defendant "Marcelis Ascencio De Caro" to "Marcelis Asencio De Caro" (*See* ECF 34, Defs.' Dec. 31, 2024 Letter); and
- Add Defendant "New York City Department of Correction" (*See* ECF 50, Second Am. Compl. ¶ 8).

DATED: July 28, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge